IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY UNSELD WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN BARNHART, Medical Director, SCI Somerset, *et al.*,<br><br>Defendants. | Civil Action No. 17 – 70J<br><br>District Judge Kim R. Gibson<br>Magistrate Judge Lisa Pupo Lenihan |

## **MEMORANDUM ORDER**

Plaintiff, Henry Unseld Washington, initiated the instant *pro se* prisoner civil rights action on April 28, 2017, by the filing of a Motion for Leave to Proceed *in forma pauperis*. (ECF No. 1.) Plaintiff's Complaint and five supplements thereto (ECF Nos. 11; 11-1; 11-2; 11-3; 11-4; 11-5) were docketed on May 18, 2017. In accordance with the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules of Court, all pretrial matters were referred to United States Magistrate Judge Lisa Pupo Lenihan.

On January 11, 2018, the Commonwealth Defendants filed a Motion for More Definite Statement and to Sever. (ECF No. 30.) Plaintiff filed his response in opposition to the Motion on January 29, 2018. (ECF No. 32.) He also filed a "Clarity of List of Defendants" on February 23, 2018. (ECF No. 37.) On March 5, 2018, the Medical Defendants filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 39.) Plaintiff filed his response in opposition to that Motion on March 28, 2018. (ECF No. 41.)

On June 27, 2018, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the Commonwealth Defendants' Motion for More Definite Statement and to Sever be denied. (ECF No. 42.) No written objections were filed by any of the parties and the time to do so has since expired. Therefore, after careful *de novo* review, the following Order is now entered.

AND NOW, this 25th day of July, 2018;

**IT IS HEREBY ORDERED** that the R&R of the Magistrate Judge (ECF No. 42) is adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for More Definite Statement and to Sever (ECF No. 30) is **DENIED**.

**AND IT IS FURTHER ORDERED** that this case is remanded back to the Magistrate Judge for all other pretrial proceedings.

By the Court:

Kim R. Gibson
United States District Judge

cc: Henry Unseld Washington
AM-3086
S.C.I. Somerset
1600 Walters Mill Rd.
Somerset, PA 15510

Counsel for Defendants
(*Via CM/ECF electronic mail*)