# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY UNSELD WASHINGTON, | ) |
| | ) Civil Action No. 3:17-cv-00070 |
| Plaintiff, | ) |
| | ) Judge Kim R. Gibson / |
| v. | ) Magistrate Judge Lisa Pupo Lenihan |
| | ) |
| JONATHAN BARNHART, DR. | ) |
| ROBINSON, RICHARD IRWIN, MARK | ) ECF No. 76 |
| MAYLE, DR. HUTCHINSON, J. | ) |
| STRAMAT, ANGELA JOHNSTON, | ) |
| ROXANNE PLAYSO, BRIAN P. HYDE, | ) |
| TESA ADELEKAN, B. COSTEA, LT. | ) |
| CINKO, J. R. MCDONNELL, M. J. | ) |
| FOSTER, K. TURNER, WILLIAM | ) |
| BOWERS, PHILLIP MAUST, HEIDI | ) |
| SROKA, ROBERT SNYDER, R. | ) |
| PESCHOCK, J. GIRONE, and ELLIS | ) |
| KAUFFMAN, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MEDICAL DEFENDANTS' MOTION TO DISMISS

Plaintiff initiated this action on April 28, 2017. Complaint (ECF No. 1.) The case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 96), filed on August 1, 2019, recommended that the Medical Defendants' Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 76, be granted in part and denied in part. More specifically, it was recommended that the Motion be (1) granted with prejudice as

1

it relates to Plaintiff's First Amendment free exercise of religion claim, and (2) denied as it relates to all other claims. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, they had fourteen (14) days to file any objections, and that unregistered ECF users were given an additional three (3) days pursuant to Federal Rule of Civil Procedure 6(d). No objections have been filed.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this 27th day of September 2019,

**IT IS HEREBY ORDERED** that the Medical Defendants' Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 76, is (1) **GRANTED** with prejudice as it relates to Plaintiff's First Amendment free exercise of religion claim, and (2) **DENIED** as it relates to all other claims.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 96) of Magistrate Judge Lenihan, dated August 1, 2019, is adopted as the opinion of the Court.

BY THE COURT:

Kim R. Gibson
United States District Judge

cc: Henry Unseld Washington
AM-3086
S.C.I. Somerset
1600 Walters Mill Rd
Somerset, PA 15510
*Via First Class U.S. Mail*

Counsel for Defendants
*Via Electronic Mail*