IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HENRY UNSELD WASHINGTON  }  NO. 3:17-CV-0070
         PLAINTIFF        }  JUDGE: LENIHAN
              V.          }  PLAINTIFF MOTION TO STRIKE DOC DOCUMENTS FROM
JONATHAN BARNHART         }  THE RECORD, PURSUANT TO FRCP 12(F)
         Defendants et al.}

I, HENRY UNSELD WASHINGTON, AM THE PLAINTIFF IN THE ABOVE CAPTIONED

1. PLAINTIFF MOVES THIS COURT WITH A MOTION TO HAVE DOC DEFENDANTS DOCUMENTS STRIKED FROM THE RECORD

2. BASED UPON THE DOCUMENTS PLAINTIFF RECEIVED FROM DOC MEDICAL DEFENDANTS, ON OR NEAR 9.4.20, AND 9.11.20, ATTACHED TO DEFENDANTS (MEDICAL), AND RICHARD IRWIN BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT. PLAINTIFF WAS SHOCKED TO DISCOVER A COPY OF WASHINGTON V GILMORE, 2:15-CV-1031, THE REPORT AND RECOMMENDATION, DATED 3.1.19

3. THIS IS AN UNREQUESTED DOCUMENT APPEARS TO HAVE BEEN SUBMITTED UNDER THE GUISE OF AN EXHIBIT, PLAINTIFF SEE THIS DOCUMENT AS DEFENDANTS MEANS TO MAKE WASHINGTON V. GILMORE 2:15-CV-1031 TO BEING A PART OF WASHINGTON V BARNHART, 3:17-CV-0070, INEVITABLY WILL CAUSE A DISTRACTION

4. THE DOCUMENT WAS NOT REQUESTED, IT APPEARS TO BE AN ATTEMPT TO AVOID COMPLIANCE TO COURT ORDER DATED 11.20.19, THIS DOCUMENT IS PROBABLY MISLEADING, AND INEVITABLY WILL BE A MAJOR DISTRACTION, DEFENDANTS APPEAR TO BE BY WAY OF A BACK DOOR MAKING WASHINGTON V. BARNHART 3:17-CV-0070 A EXTENSION OF WASHINGTON V. GILMORE, 2:15-CV-1031, BY SUBMITTING THIS DOCUMENT: WASHINGTON V. GILMORE 2:15-CV-1031 AS AN EXHIBIT IN WASHINGTON V. BARNHART, 3:17-CV-0070, AND UNDER THE BEST OF CIRCUMSTANCE, THIS DOCUMENT INEVITABLY WILL BE A MAJOR DISTRACTION ALLOWING DEFENDANTS TO BE GRANTED SUMMARY JUDGMENT

5. N.B. ON OR NEAR 9.21.20, PLAINTIFF WAS PLACED IN SOLITARY CONFINEMENT FOR WHAT APPEARS TO BE AN ACT OF RETALIATION BY DEFENDANTS, BOTH DOC-N-MEDICAL DEFENDANTS, AT THIS EXACT MOMENT PLAINTIFF IS SICK-N-NON STOP PAIN-N-DISCOMFORT, WHILE BEING DENIED CARE PURSUANT TO THE STANDARD OF THE 8th AMENDMENT, AND PLAINTIFF SICK CALL REQUEST SUBMITTED 2-3 TIMES WEEKLY ARE BEING DISCARDED, WHAT FOLLOWS IN LIGHT OF THE TAUNTS-N-MOCKERY BY MEDICAL DEFENDANTS AND DEFENDANT B.P. HYDE, WHO CONSISTENTLY RETURN PLAINTIFF SICK CALL REQUEST IN THE MAIL, THE DENIAL OF ACCESS TO CARE APPEARS TO BE AN ACT OF RETALIATION

6. PURSUANT TO 28 U.S.C. §1746, I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE-N-CORRECT, EXECUTED THIS 31st DAY OF OCTOBER 2020, WHILE SICK-N-IN NON STOP PAIN AND EXTREME DISCOMFORT

IN LIGHT OF THE FOREGOING PLAINTIFF MOTION TO STRIKE DOCUMENTS FROM THE RECORD SHOULD BE GRANTED

FILED
NOV - 5 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

DATED: 10.31.20

"RESPECTFULLY SUBMITTED"
S/ Henry Unseld Washington
HENRY UNSELD WASHINGTON
AM-3086
PRO SE

MOTION TO STRIKE - 3:17-CV-0070                    (1)